IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND and JOHN A. WAGNER and ANTHONY M. PERRONE, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>EC MANAGEMENT SERVICES OF GEORGIA, INC., EARL MASON, GEORGE OTEY and JOHN DOE,<br><br>Defendants. | Case No. 3:19-cv-00247 |

## STIPULATION OF DISMISSAL

NOW COME all parties to this action, by their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), hereby stipulate that Plaintiffs' Complaint and all claims and causes of action against Defendants shall be dismissed upon their merits, with prejudice, and without costs being assessed to any party.

SO ORDERED

/s/
M. Hannah Lauck
United States District Judge

Dated this 28th day of September, 2021.

/s/
Lauren E. Fisher White (VSB #80360)
lfwhite@cblaw.com
Christian & Barton L.L.P.
900 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

and

David G. Hanson (pro hac vice)
dhanson@reinhartlaw.com
Malinda J. Eskra (pro hac vice)
meskra@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Plaintiffs United Food & Commercial Workers International Union Industry Pension Fund and John A. Wagner and Anthony M. Perrone*

Dated this 28th day of September, 2021.

/s/_____
King F. Tower (Va. Bar No. 38767)
ktower@woodsrogers.com
Joshua R. Treece (Va. Bar No. 79149)
jtreece@woodsrogers.com
Woods Rogers PLC
10 South Jefferson Street, Suite 1800
Roanoke, VA 24011
(540) 983-7600
Fax: (540) 983-7602

*Attorneys for Defendants Earl Mason and George Otey*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record in this matter.

/s/ _____
Lauren E. Fisher White